UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8660-MWF(RAOx)**                                   Date: July 26, 2023

Title   **Ying Yuan, et al. v. Dir LA Asylum Ofc, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 30, 2023, the parties filed a Stipulation to Stay Case Pending Adjudication of Application, and the Court granted that request.  (Docket Nos. 15 and 16).  This matter was stayed until June 30, 2023.  Following the expiration of the stay, the Court filed an Order (the "Order") on July 10, 2023, requiring the parties to file a joint status report or stipulation to extend the stay by no later than July 21, 2023.  (Docket No. 17).

The parties have failed to respond to the Court's Order.  The Court now **ORDERS** the parties to **SHOW CAUSE by no later than AUGUST 4, 2023,** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept a joint status report, a stipulation to extend the stay, or a stipulated dismissal.  Failure to timely respond to this Order to Show Cause will result in the dismissal of this action.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.